**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 07-20532-CR-SEITZ

UNITED STATES OF AMERICA

    Plaintiff,

v.

JESUS CHIRINO,

    Defendant.

_____/

### ORDER DENYING DEFENDANT'S MOTION TO EXPUNGE RECORD

Defendant Jesus Chirino moves to expunge his criminal record because it has made it difficult for him to secure employment. [DE-352.] Mr. Chirino is to be commended because, since completing his sentence (2 years of imprisonment and 3 years of supervised release) without incident, he has remained law-abiding and is now attempting to find employment so that he can better provide for his family. While the Court sympathizes with his plight, the law does not authorize the Court to expunge his record because his conviction remains valid, and accurate conviction records are necessary for effective law enforcement. *See United States v. Johnson*, 714 F. Supp. 522, 524 n.2 (S.D. Fla. 1989) ("[E]xpungement should never be used where the validity of a conviction is never questioned."); *see also Rogers v. Slaughter*, 469 F.2d 1084, 1085 (5th Cir. 1972) ("The judicial editing of history is likely to produce a greater harm than that sought to be corrected."). Accordingly, it is

    ORDERED that

    Defendant's Motion to Expunge [DE-352] is DENIED.

    DONE AND ORDERED in Miami, Florida, this 20th day of February 2015.

*/s/ Patricia A. Seitz*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE
